UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERIC WILLIAMS,

    Plaintiff,

v.         6:14-cv-11

STANLEY WILLIAMS, Warden; JAMES DEAL, Deputy Warden; ERIC SMOKES, Unit Manager, and KATHY MARTIN, Officer,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. Accordingly, the R&R is adopted as the opinion of the Court.

Plaintiff Eric Williams has also filed a Motion for Leave to File an Amended Complaint. ECF No. 28. Federal Rule of Civil Procedure 15(a) provides that "[a] party may amend its pleading once as a matter of course within twenty-one days after serving it, or within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). Plaintiff's Motion was filed September 5, 2014, which was eighty-seven days after Defendants filed their Motion to Dismiss. *See* ECF Nos. 16, 28. Therefore, the Court denies the Motion as untimely.

The R&R is adopted as the opinion of the Court. Defendants' Motion to Dismiss is *GRANTED*, and Plaintiff's request to amend his complaint is *DENIED*.

This 6 day of October 2014.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA